```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  LORI MCINTYRE,              )   1: 04 CV-F 5608 DLB
                                )
12            Plaintiff,        )   STIPULATION AND ORDER
                                )   AWARDING EAJA ATTORNEY FEES
13       v.                     )
                                )
14  JO ANNE B. BARNHART,        )
    Commissioner of Social      )
15  Security,                   )
                                )
16            Defendant.        )
    _____)
17

18       IT IS HEREBY STIPULATED by the parties through their

19  undersigned counsel, subject to the approval of the Court, that

20  counsel for plaintiff be awarded attorney fees under the Equal

21  Access to Justice Act in the amount of ONE THOUSAND FOUR HUNDRED

22  DOLLARS AND NO CENTS ($1,400.00).  This amount represents

23  compensation for legal services rendered on behalf of plaintiff by

24  plaintiff's attorney in connection with this civil action for

25  services performed before the district court in accordance with 28

26  U.S.C. § 2412(d).

27  //

28  //
```

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: May 19, 2005    /s/ Gina M. Fazio
                       (As authorized via facsimile)
                       GINA M. FAZIO
                       Attorney for Plaintiff

Dated: May 23, 2005    McGREGOR W. SCOTT
                       United States Attorney

                       /s/ Kimberly A. Gaab
                       KIMBERLY A. GAAB
                       Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 24, 2005**           **/s/ Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE

2